IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: EHT US1, INC., et al,  )<br><br>Debtors.  ) ) ) | Chapter 11<br>Bankruptcy Case No. 21-10036 (CSS)<br>Adv. Proceeding No. 21-50476 (CSS) |
| EHT ASSET MANAGEMENT, LLC,  )<br>TAYLOR WOODS, AND HOWARD WU,  )<br>  )<br>Appellants,  )<br>  )<br>v.  )<br>  )<br>URBAN COMMONS QUEENSWAY, LLC,  )<br>  )<br>Appellee.  ) | C.A. No. 21-1467 (MN) |

**ORDER**

At Wilmington, this 11th day of January 2022,

WHEREAS, on December 14, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 9) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, pursuant to the parties' request, the appeal briefing shall be held in abeyance pending the Court's ruling on the motion to dismiss (D.I. 4). If the motion is

2

denied, the parties shall submit a proposed briefing schedule for the appeal no later than ten (10) days after such denial.

                                        */s/ Maryellen Noreika*
                                        The Honorable Maryellen Noreika
                                        United States District Court